ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
California Bar No. 166730
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-0460
Facsimile: (213) 894-7819
E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, United States Citizenship and Immigration Services

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SEUNG HEE KIM,

Plaintiff,

v.

United States Citizenship and Immigration Services,

Defendant.

No. SA CV 09-0548 AG (RNBx)

~~[PROPOSED]~~ JUDGMENT

Defendant's Motion to Dismiss Plaintiff's Amended Complaint came on regularly for hearing on April 5, 2010 before the Honorable Andrew J. Guilford, United States District Judge. The Court having considered the pleadings, evidence presented, memorandum of points and authorities and the oral argument at the time of the hearing,

\\\

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and that the Amended Complaint for declaratory relief is dismissed with prejudice.

DATED: APRIL 15, 2010

ANDREW J. GUILFORD
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Federal Defendant,
United States Citizenship and
Immigration Services